Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non−Prisoner)

FILED

# UNITED STATES DISTRICT COURT
for the

2019 MAR -5 PM 12: 22

US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

d District of

Division

| | |
|---|---|
| Rudolph Carneiro, Tatiana Diniz Pereira, SDC, BDC | Case No. 6:19-CV-421-ORL-40-TBS |
| _Plaintiff(s)_ | _(to be filled in by the Clerk's Office)_ |
| (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | Jury Trial: _(check one)_  ☐ Yes  ☒ No |
| -v- | |
| Michael Borgen, L. Francis Cissna, William Barr, Kirstjen M. Nielsen | |
| _Defendant(s)_ | |
| (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.) | |

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non−Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Rudolph Carneiro, Tatiana Diniz, Pereira, SDC, BDC |
| Address | 464 Sun Lake Cir., Apartment 300 |
| City | Lake Mary |
| State | Florida |
| Zip Code | 32746 |
| County | Seminole |
| Telephone Number | 407-227-5735 |
| E-Mail Address | nbarc23@aol.com |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Michael Borgen |
| Job or Title *(if known)* | USCIS District Director Southeast Region |
| Address | 6680 Corporate Centre Boulevard |
| City | Orlando |
| State | FL |
| Zip Code | 32822 |
| County | Orange |
| Telephone Number | |
| E-Mail Address *(if known)* | |

☐ Individual capacity   ☒ Official capacity

Defendant No. 2

| | |
|---|---|
| Name | Mr. L. Francis Cissna |
| Job or Title *(if known)* | USCIS Director |
| Address | 20 Massachusetts Ave., NW, MS 2090 |
| City | Washington |
| State | DC |
| Zip Code | 20529-2090 |
| County | |
| Telephone Number | 1-703-224-4501 |

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

E-Mail Address *(if known)*

☐ Individual capacity  ☒ Official capacity

Defendant No. 3
Name: William Barr
Job or Title *(if known)*: Attorney General of the United States
Address: 950 Pennsylvania Avenue, NW
City: Washington  State: DC  Zip Code: 20530-0001
County:
Telephone Number: 202-514-2000
E-Mail Address *(if known)*:

☐ Individual capacity  ☒ Official capacity

Defendant No. 4
Name: Kirstjen M. Nielsen
Job or Title *(if known)*: Secretary of Homeland Security
Address:
City: Washington  State: D.C.  Zip Code: 20528
County:
Telephone Number:
E-Mail Address *(if known)*:

☐ Individual capacity  ☒ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☒ Federal officials (a *Bivens* claim)

☐ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

The 14th amendment extends to non-citizens under the jurisdiction of the United states. All Plaintiffs' life, liberty and property rights are being violated. The child plaintiffs have a constitutional right to be raised by their biological mother if the mother has not comitted any crimes of moral turpitude. USCIS's decision to deny legal status due to their claim of an invalid marriage serves as evidence that there is an unconstitutional requirement placed on the mother of this family to raise her children. USCIS requires marriage in order to grant her legal status.
The very fact that marriage is required to gain freedom is discriminatory because citizens are not required to marry in order to raise their children legally. Unwed american mothers can obtain a drivers license. Unwed Foreign mothers cannot. Unwed american mothers can be legally employed. Unwed foreign mothers cannot.

Rudolph Carneiro - (American citizen Father of BDC and SDC)
Defendants violated Rudolph's Equal protection that guarantees that his children can be raised by their mother and father together. An American father that has children with an American mother is not required to marry the American mother to legally raise their children together.

Tatiana Diniz Pereira - (Undocumented Alien Mother of SDC and BDC)
Defendant violated Tatiana's Equal protection that guarantees life, liberty and property to all persons. Therefore, her constitutional right to raise her biological children without employment or driving restrictions with their father was violated. She is not free to seek employment from a willing employer or to get a drivers license in our city due to the defendants identity discrimination policy.

BDC - (American Citizen 1 year old son of Rudolph and Tatiana) Defendant violated BDC's Equal protection that guarantees that BDC can be raised by his mother and father in the United States without restrictions on his mothers freedom.

SDC - (American Citizen 4 year old daughter of Rudolph and Tatiana) Defendant violated SDC's Equal protection that guarantees that she can be raised by her mother and father in the United States without restriction on his mothers freedom.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

1. Discriminating against any "person" is a violation of the equal protection clause. (These provisions are universal in their application to all persons within the territorial jurisdiction, without regard to any differences of race, of color, or of nationality, and the equal protection of the laws is a pledge of the protection of equal laws. Yick Wo v. Hopkins 1886) The act of denying Tatiana her legal status, based on the fact that she does not possess an American birth certificate or a marriage certificate to an American citizen, violates the constitution. If such is the case that she is found to have committed a crime of moral turpitude, discrimination against her can be justified just as an employer can legally discriminate against an american ex-convict. However, using her identity as a disqualification from legal status is a violation of her inalienable right to life, liberty and property. If life, liberty and property does not include the right to work, drive, and not be deportable for civil infractions, then not even citizens are entitled to those things without "applying for freedom first" because citizens are included in the equal protection clause. If employment is not an inalienable right, then what are inalienable rights? If the federal government is allowed to ignore all court cases that have concluded that non-citizens are "person's" as described in the 14th amendment, then technically, the federal government can be as unconstitutional as it wants to be. If the federal government has decided that foreigners are not "person's" then there are no limits to the discrimination that the Federal government can impose on "non-person's". And that was exactly what the civil war was for. The civil war resulted in all human beings in the united states being considered "persons" and that they are entitled to life liberty and property. Human beings cannot be legally treated as another species according to the constitution. We cannot deny life liberty and property to anybody. If the federal government is not required to abide by the constitution, then it can legally discriminate against all groups of people it deems a subclass based on their identity. The civil war was therefore a waste of lives, resources, and was a failure due to the fact that denial of freedom based on identity is legal.

2. Tatiana is denied any job opportunity because of her identity. (The power to control immigration -- to admit or exclude aliens -- is vested solely in the Federal Government, and the States may not deprive aliens so admitted of the right to earn a livelihood, as that would be tantamount to denying their entrance and abode. Truax vs Raich 1915). If the federal government is entitled to discriminate against a person's freedom based on their identity and the states are not, then if a company denies a job based on the federal government's discrimination, the state is complicit in the process of discrimination. In other words, the federal government is giving an employer the permission to violate the constitution when that employer requires "federal permission" for a "person" to get a job. Therefore, USCIS is illegally denying employment to "persons" as described in the constitution because practically all employment in the United states is not federal. If the federal government has the power to discriminate against federal employment, then they can also discriminate legally against any category of citizen that it deems a subclass. It would be perfectly legal for a federal government institution to reject all black applicants because the 14th amendment doesn't apply to the federal government. This is obviously not the case. The federal government must comply with the 14th amendment. Truax vs Raich says that persons can be excluded but does not specify why a person can be excluded. The constitution clarifies that by guaranteeing life liberty and property to all persons. Therefore aliens cannot be denied life liberty and property due to the fact that they are aliens. A crime of moral turpitude must have been commited to deny any person their life liberty and property.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

### III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.   Where did the events giving rise to your claim(s) occur?

US Citizenship and Immigration Services
Orlando Field Office
6680 Corporate Centre Blvd
Orlando, FL 32822

B.   What date and approximate time did the events giving rise to your claim(s) occur?

January 18, 2019

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

I, Rudolph Carneiro, petitioned USCIS in September of 2017 for a temporary resident card for Tatiana Diniz Pereira through marriage. Since my funds are limited, I did not consult with a lawyer as it would have doubled the cost of the petition. The documentation took 3 months to gather.

Case denied 17 months later: The denial was due to a previous marriage of Tatiana's that was not finalized in brazil. Tatiana had a judicial separation from 2004 but not a divorce due to the fact that her ex-husband was not interested in authorizing the divorce. I called USCIS atleast 30 times for an entire month to find out if that would be a problem. These are the questions I asked the call center at the time:

1. If I could re-marry Tatiana in case her ex-husband decided to grant her a divorce and not be penalized for marrying her.
2. If I could correct the problem without the case being denied.
3. If it was to risky to submit the petition and what would happen if we let her toursit visa expire.

The standard USCIS answer to all questions is that they could not help me with any information regarding the specifics of my case and that petitioning for a temporary resident card was at my own risk. The appointment function on their website was not available due to the volume of people asking to meet with an officer regarding their case. A few months after we petitioned USCIS for Tatianas documentation, her ex husband granted her a divorce. We took her divorce documents to the inteview for the USCIS officer to be aware that Tatiana is legally divorced (and not just judicially separated) from her previous husband.

The decision states:
"USCIS denied the visa petition filed on your behalf. You have provided no evidence to indicate you are immediately entitled to an immigrant visa on any other basis. Therefore you are not qualified to adjust status, and USCIS denies your Form I-485."

During the interview, the officer accused Tatiana of bigamy and told us that she would contact us in 5 weeks to inform us of what should be done. The officer didn't contact us and the case was denied 12 weeks after our interview. We were not informed in the denial letters of what actions to take and if a second petition would work given that they have already labeled Tatiana a Felon.

Note: Florida state law 862.01 does not consider Tatiana a bigamist.
826.02   Exceptions.—The provisions of s. 826.01 shall not extend to any person:
(3)   Whose bonds of matrimony have been dissolved.
(5)   Who reasonably believes that he or she is legally eligible to remarry.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

1. If equal protection is granted to any plantiffs: Citizenship for Tatiana or Legal permanent status without expiration dates or discriminatory conditions on freedom to travel, work, drive, not be deportable for civil infractions, etc...

2. If equal protection is granted to any plaintiffs: Re-imbursement of all expenses I've incurred including travel, medical exams, and filing fees etc... The expenses come to about $3000 (Three thousand dollars).

I believe Tatiana is entitled to lost wages that she could have earned for our household over the last two years that she has not been able to be legally employed. As a caterer, she could have earned $25,000 per year for each of the two years she has been here.

The filing of the paperwork is unreasonably extensive and required a huge time investment that I have estimated that all together took me 3 months of work so far. Not including future time spent on this lawsuit I am filing. For the labor put into this process that I am illegally being required to do, I would like three months of pay at the rate that my employer pays me. Three months of my labor would cost my employer $18,500.

I have been informed by the pro bono lawyer that I have a long road ahead of me with the filing of this lawsuit. I would like to ask for another 3 month of pay for future time investment I might have to put into this lawsuit. Any information about future expenses I will incurr would be greatly appreciated.

$3,000 + $25,000*2 + $18,500*2 = $90,000

3. If equal protection is not granted to Rudolph, Tatiana, SDC or BDC:

    A. We request that the claim of an invalid marriage be stricken based on the fact that florida does not consider Tatiana a bigamist as defined in their exceptions to Florida bigamy law 862.01.
    B. If the federal bigamy accusation is upheld and Tatiana actually is a bigamist regardless of what the state of Florida says about her innocence, we request that all fees be waived for re-filing the entire process again and that divorcing and remarrying Tatiana would reverse USCIS's decision that Tatiana is a Bigamist.
    C. If any other error is found anywhere in the entire packet of documentation, we request that we be allowed to provide USCIS with whatever they need without denying the entire petition.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

**A.   For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 03/05/2019

Signature of Plaintiff

Printed Name of Plaintiff     Rudolph Carneiro

**B.   For Attorneys**

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Address

                                    City          State        Zip Code

Telephone Number
E-mail Address